UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion DENIED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-00224-1 |
| | ) | Judge Trauger |
| | ) | |
| CEDRIC E. CRUTCHER | ) | |

PETITION TO TERMINATE SUPERVISED RELEASE

Cedric Crutcher hereby petitions the Court, pursuant to 18 U.S.C. § 3583(e)(1), to terminate the balance of his three (3) year term of supervised release term and discharge him from the sentence. In support of this petition, petitioner would state and show as follows.

"Congress intended supervised release to assist individuals in their transition to community life." *United States v. Johnson*, 529 U.S. 53, 59, 120 S.Ct. 1114, 1118 (2000). As the legislative history reflects, "'the primary goal [of supervised release] is to ease the defendant's transition into the community after the service of a long prison term for a particularly serious offense, or to provide rehabilitation to a defendant who has spent a fairly short period in prison for punishment or other purposes but still needs supervision and training programs after release.'" S.Rep. No 98-225, p. 124 (1983), quoted in *Johnson*, 529 U.S. at 59, 120 S.Ct. at 1119. In this case it appears that Mr. Crutcher has successfully made the transition back into the community and is not in further need of assistance.