## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00224-01 |
| | ) | Judge Trauger |
| CEDRIC E. CRUTCHER | ) | |
| | ) | |

### **O R D E R**

It is hereby **ORDERED** that a hearing shall be held on Thursday, October 9, 2014, at 3:00 p.m. on the Petition to Revoke Supervision (Docket No. 61).

It is so **ORDERED.**

Enter this 30th day of September 2014.

_____
ALETA A. TRAUGER
United States District Judge