IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | Criminal No. 3:06-00224-01 |
| | ) | Judge Trauger |
| CEDRIC E. CRUTCHER | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the defendant, Cedric E. Crutcher, and respectfully requests that Jim Todd be substituted as counsel of record for Cedric E. Crutcher, in place of Sumter Camp.

As grounds, Jim Todd would state that he has been retained by the Defendant and he has spoken with Sumter Camp, who has no objection to this substitution.

Respectfully submitted,

/s/ Jim Todd
Jim Todd
Hagan & Todd, PLLC
214 Second Avenue North
Nashville, Tennessee 37201
Phone:(615) 256-7337
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 8th day of October, 2014.

/s/ Jim Todd
Jim Todd