Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.  3:06-cr-00224 |
| | ) | Judge Trauger |
| CEDRIC E. CRUTCHER | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) Philip H. Wehby for AUSA Hilliard H. Hester, III.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: *s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notification to:   James H. Todd.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney