# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00224-01 |
| | ) | Judge Trauger |
| CEDRIC E. CRUTCHER | ) | |
| | ) | |

## **O R D E R**

A continuation of this revocation proceeding was held on January 15, 2015. The government announced that the defendant had complied with the new condition added to his supervised release in December 2014 and that he was otherwise in compliance with his conditions. The defendant admitted Violation No. 1 in the Petition filed September 11, 2014 (Docket No. 61), and the court finds that violation **ESTABLISHED**. However, the government wished no additional punishment for that violation and moved to dismiss Violations 2 through 4, a motion that the court granted.

The defendant was scheduled to terminate supervised release on January 11, 2015. The parties are in agreement that he terminates his supervised release term as of today, January 15, 2015.

It is so **ORDERED.**

Enter this 16th day of January 2015.

_____
ALETA A. TRAUGER
United States District Judge